### 24242. MILLER *v*. THE STATE.

BROYLES, C. J. 1. "While recent possession of stolen goods unexplained will justify a conviction for larceny, the mere possession of goods several months subsequent to the time they were alleged to have been stolen and a failure to satisfactorily account for such possession will not alone authorize a conviction." *Calloway* v. *State*, 111 *Ga*. 832 (36 S. E. 63); *Turner* v. *State*, 114 *Ga*. 45 (39 S. E. 863).

2. Applying the foregoing ruling to the facts of the instant case, the conviction of larceny was unauthorized, and the refusal to grant a new trial was error.

*Judgment reversed. MacIntyre and Guerry, JJ., concur.*

DECIDED OCTOBER 29, 1934.

*J. A. Darsey, S. B. Wallace,* for plaintiff in error.
*W. H. Connor, solicitor-general,* contra.